## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Clarence and Tammy Frost, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

v.

Fire Mountain Gems and Beads Inc.,

                Defendant.

File No. 24-cv-1102 (ECT/LIB)

**ORDER OF DISMISSAL**

Based on the Stipulation of Dismissal filed by Plaintiffs Clarence and Tammy Frost and Defendant Fire Mountain Gems and Beads Inc., ECF No. 14, **IT IS ORDERED** that this action is **DISMISSED with prejudice** and without costs, disbursements, or fees to any party.

Dated: July 3, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court